**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alma MARQUEZ–VALTIERRA,**
**Defendant–Appellant.**

No. 14–50146
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office San Antonio, TX, for Plaintiff–Appellee.

Alma Marquez–Valtierra, Bruceton Mills, WV, pro se.

Appeal from the United States District Court for the Western District of Texas, USDC No. 3:13–CR–1840–1.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alma Marquez–Valtierra has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Marquez–Valtierra has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Marquez–Valtierra's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841

(5th Cir.), *cert. denied,* —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Marquez–Valtierra's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.